## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

FILED IN CHAMBERS
U.S.D.C. Atlanta
MAR 2 0 2012
JAMES N. HATTEN, Clerk
By: X. Wade-Childs
Deputy Clerk

DIVISION  Atlanta
(USAO 2009R01344)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: Fulton

DISTRICT COURT NO.  1:11-CR-445-JEC

MAGISTRATE CASE NO. ___

_X_ Indictment      __ Information      __ Magistrate's Complaint

DATE: 3/20/12        DATE:          DATE:

| UNITED STATES OF AMERICA vs. **JOSEPH PACIFICO** | SUPERSEDING INDICTMENT 1:11-CR-445-JEC-AJB , 9/21/11 Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED: (as to deft)
TOTAL COUNTS: (as to deft)

GREATER OFFENSE CHARGED:
_X_ Felony      __ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges ___
2. __ Fugitive.
3. ___ Is on bail or release from (district, state & date): ___

DATE OF ARREST: ___
Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: ___
Are there any outstanding warrants in this proceeding __ Yes __ No
Date: ___                 Issued by: ___

<u>IS IN CUSTODY:</u>

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __ Yes __ No
   ___ Federal __ State
   If Yes, show name of institution ___
   Has detainer been filed __ Yes        __ No
   If Yes, give date ___

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE: ___ JUDGE: A.U.S.A.: David M. Chaiken DEFT'S ATTY: |
|---|---|
| | SALLY QUILLIAN YATES UNITED STATES ATTORNEY BY: David M. Chaiken Assistant United States Attorney DATE: 3/20/12 |