AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 30 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

2012 MAR 20 P 3:45

U.S. [DISTRICT COURT]
NORTHERN GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
| vs. | |
| JOSEPH PACIFICO | CASE NO. 1:11-CR-445-JEC (Superseding) |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOSEPH PACIFICO and bring him or her forthwith to the nearest magistrate to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Securities Fradu

in violation of **Title 18, United States Code, Section(s) 1348 and 2**

JAMES N. HATTEN
Name of Issuing Officer

Lavonia Wade-Childs
Signature of Issuing Officer

AUSA David Chaiken

Bail Fixed at $ _____

Clerk, U.S. District Court
Title of Issuing Officer

March 20, 2012 at Atlanta, Georgia
Date and Location

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

FBI

Date Received: _____

Date of Arrest: 3-27-12

S/A W. Cromer
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 30 2012

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

2012 MAR 20 P 3: 45

U.S. [illegible]
NORTHERN [illegible]

UNITED STATES OF AMERICA,

vs.

JOSEPH PACIFICO

**WARRANT FOR ARREST**

CASE NO. 1:11-CR-445-JEC
(Superseding)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JOSEPH PACIFICO and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Securities Fradu

in violation of **Title 18, United States Code, Section(s) 1348 and 2**

JAMES N. HATTEN
Name of Issuing Officer

[signature] Lavenia Wade-Childs
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

March 20, 2012 at Atlanta, Georgia
Date and Location

AUSA David Chaiken

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Richard Russell Federal Bldg, Atlanta GA

Date Received: 3/20/12

Date of Arrest: 3/27/12

SA William A. Cromer, JR,
Name and Title of Arresting Officer

[signature]
Signature of Arresting Officer