IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | NO. 1:11-CR-445-JEC |
| | : | |
| JOSEPH M. ELLES (1) | : | |
| JOSEPH PACIFICO (2) | : | |

### NOTICE OF INTENT TO USE EXPERT TESTIMONY

Pursuant to the Court's Order of June 28, 2012, Defendant Joseph Pacifico has this date disclosed his expert designation to the Government.

Respectfully submitted this 17th day of September, 2012.

>/s/ Peter J. Anderson
Peter J. Anderson
Georgia Bar No. 017837
W. Scott Sorrels
Georgia Bar No. 667074
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
(404) 853-8000 – telephone
(404) 853-8806 – facsimile
peter.anderson@sutherland.com
scott.sorrels@sutherland.com

*Attorneys for Joseph Pacifico*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2012, I served by U.S. mail and electronically filed **NOTICE OF INTENT TO USE EXPERT TESTIMONY** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

David M. Chaiken, Esq.
Douglas Gilfillan, Esq.
Assistant United States Attorneys
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30309

Edward D. Tolley, Esq.
Devin Hartness Smith, Esq.
COOK NOELL TOLLEY & BATES LLP
304 E. Washington Street
P. O. Box 1927
Athens, Georgia 30603
etolley@mindspring.com

George A. Koenig, Esq.
Koenig Law Group, P.C.
Peachtree 25th, Suite 599
1718 Peachtree Street
Atlanta, Georgia  30309

/s/ Peter J. Anderson
Peter J. Anderson